# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HERMAN T. HAYNES, | Case No. 06-1526-R (JWJ) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: __August 11, 2009

_____
MANUEL L. REAL
United States District Judge